# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **DORSA SMITH** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 3:17-cv-732-DPJ-FKB |
| ) | **(Jury Trial Demanded)** |
| **MISSISSIPPI PRISON INDUSTRIES** ) | |
| **CORPORATION, ED STEPHENS,** ) | |
| **AND JOHN AND JANE DOES 1-6** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This cause is before the Court on Defendant's Unopposed Motion for Leave from the Requirements of Local Uniform Civil Rule 83.1(d)(3) [25]. The unopposed motion requests that non-resident counsel be allowed to appear without resident counsel's appearance at depositions. Having considered the motion, the Court denies the requested relief. However, while resident counsel must attend each deposition in this case, per L.U.Civ.R. 83.1(b)(1) and 83.1(d)(3), the Court finds that resident counsel may appear by telephone.

So ordered, this the 26th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　_/s/ F. Keith Ball_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE